**FILED**

**SEP 3 0 2009**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W-09-CR-111 (4) |
| | * | |
| OSCAR DWAYNE JONES | * | |

### ORDER

The Court, having considered the above motion, hereby grants the motion and orders dismissed, without prejudice, the Indictment against OSCAR DWAYNE JONES in the above entitled and numbered cause.

SIGNED this 30th day of September, 2009.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE